JOSEPH H. BRUERE, executor, &c., respondent,

v.

CHARLES COOK et al., appellants.

[Argued March 9th and 10th, 1903.   Decided July 20th, 1903.]

On appeal from a decree advised by Vice-Chancellor Grey, whose opinion is reported in 63 N. J. Eq. (18 Dick.) 624.

*Mr. Linton Satterthwait,* for the appellants.

*Mr. William M. Lanning,* for the respondent.

PER CURIAM.

The decree in this cause is affirmed, for the reasons given in the court below.

*For affirmance*—VAN SYCKEL, DIXON, GARRISON, FORT, HENDRICKSON, SWAYZE, GREEN—7.

*For reversal*—PITNEY, BOGERT, VROOM—3.